U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED JAN 24 2000

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARVIN MARTIN, # 97328                    CIVIL ACTION

VERSUS                                    NO. 00-0148

WARDEN BARON KAYLO                        SECTION

**SECT A MAG 1**

### ORDER

Considering the application and affidavit to proceed <u>in forma pauperis</u>,

**IT IS ORDERED** that:

☐ the motion is GRANTED; the party is entitled to proceed <u>in forma pauperis</u>.

☐ the motion is MOOT; the party was previously granted pauper status.

☒ the motion is DENIED; the party has sufficient funds to pay the $5.00 filing fee.

☐ the motion is DENIED as MOOT; the filing fee has already been paid.

☐ the motion is DENIED; the party is not entitled to proceed <u>in forma pauperis</u> for the listed reasons:

_____

_____

New Orleans, Louisiana, this 24 day of January, 2000.

_____
UNITED STATES MAGISTRATE JUDGE

JAN 25 2000
DATE OF ENTRY_____

Fee_____
Process___
X Dktd____
_ CtRmDep_
Doc.No.___