

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARVIN MARTIN #97328 | CIVIL ACTION |
| VERSUS | NO. 00-0148 |
| BARON KAYLO, WARDEN | SECTION "A"(1) |

\* \* \* \* \* \* \* \* \*

**FIRST MOTION FOR EXTENSION OF TIME**

\* \* \* \* \* \* \* \* \*

NOW INTO COURT, comes the State of Louisiana, through the undersigned Assistant District Attorney, who does respectfully request an extension of time in which to file a brief for the following reasons:

1. Respondent's brief is due March 17, 2000.

2. Due to counsel's unusually heavy caseload, additional time is required to prepare a response in this matter.

3. Undersigned counsel requested a copy of the State court record. Undersigned counsel has not yet received a copy of that record. A copy of the request is attached to this motion.

DATE OF ENTRY
MAR 2 0 2000

1

    4. Undersigned counsel is unaware of any opposition to this extension.

**WHEREFORE**, respondent respectfully requests an additional twenty days (20) from the original return date, or until the 6th day of April, 2000, in which to file a response in this matter.

Respectfully submitted,

_____
CATE L. BARTHOLOMEW, BAR# 24956
ASSISTANT DISTRICT ATTORNEY
619 South White Street
New Orleans, LA  70119
Telephone:  (504) 822-2414

O R D E R

IT IS ORDERED that respondent herein be granted an extension of _20_ day(s), or until the _6th_ day of _April_, 2000 in which to file a response in the captioned matter.

```
_____
         U.S. MAGISTRATE JUDGE
         United States District Court
         Eastern District of Louisiana
```

This _18_ day March, 2000,

New Orleans, Louisiana.

3