FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 APR -6  P 3: 51

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARVIN MARTIN #97328** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0148** |
| **BARON KAYLO, WARDEN** | **SECTION "A"(1)** |

\* \* \* \* \* \* \* \* \*

## SECOND MOTION FOR EXTENSION OF TIME

\* \* \* \* \* \* \* \* \*

NOW INTO COURT, comes the State of Louisiana, through the undersigned Assistant District Attorney, who does respectfully request an extension of time in which to file a brief for the following reasons:

1. Respondent's brief is due April 6, 2000.

2. Due to counsel's unusually heavy caseload, additional time is required to prepare a response in this matter.

3. Undersigned counsel requested a copy of the State court record. Undersigned counsel has not yet received a copy of that record. A copy of the request was previously submitted to this Honorable Court.

DATE OF ENTRY

APR 11 2000

1



Doc.No. 5

4.  Undersigned counsel is unaware of any opposition to this extension.

WHEREFORE, respondent respectfully requests an additional twenty days (20) from the original return date, or until the 26th day of April, 2000, in which to file a response in this matter.

Respectfully submitted,

CATE L. BARTHOLOMEW, BAR# 24956
ASSISTANT DISTRICT ATTORNEY
619 South White Street
New Orleans, LA  70119
Telephone:  (504) 822-2414

<u>O R D E R</u>

IT IS ORDERED that respondent herein be granted an extension of __20__ day(s), or until the __26__ day of __April__, 2000 in which to file a response in the captioned matter.

```
_____
U.S. MAGISTRATE JUDGE
United States District Court
Eastern District of Louisiana
```

This __7__ day ~~March~~ *April*, 2000,

New Orleans, Louisiana.