```
                                         FILED
                                    U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                    2000 APR 26  P 4:04
```

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| **MARVIN MARTIN #97328** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0148** |
| **BARON KAYLO, WARDEN** | **SECTION "A"(1)** |

\* \* \* \* \* \* \* \* \*

### THIRD MOTION FOR EXTENSION OF TIME

\* \* \* \* \* \* \* \* \*

**NOW INTO COURT**, comes the State of Louisiana, through the undersigned Assistant District Attorney, who does respectfully request an extension of time in which to file a brief for the following reasons:

1. Respondent's brief is due April 26, 2000.

2. Due to counsel's unusually heavy caseload, additional time is required to prepare a response in this matter.

3. Undersigned counsel requested a copy of the State court record. Undersigned counsel has not yet received a copy of that record. A copy of the request is attached.

DATE OF ENTRY
APR 28 2000

1

Fee _____
Process _____
X/Dktd _____
CtRmDep _____
Doc.No. 6

4. Undersigned counsel is unaware of any opposition to this extension.

**WHEREFORE,** respondent respectfully requests an additional twenty days (20) from the original return date, or until the 16th day of May, 2000, in which to file a response in this matter.

Respectfully submitted,

*/s/ Val M. Solino*
VAL M. SOLINO, BAR# 1610
ASSISTANT DISTRICT ATTORNEY
619 South White Street
New Orleans, LA  70119
Telephone:  (504) 822-2414

2

**O R D E R**

IT IS ORDERED that respondent herein be granted an extension of _20_ day(s), or until the _15_ day of _May_, 2000 in which to file a response in the captioned matter.

_____
U.S. MAGISTRATE JUDGE
United States District Court
Eastern District of ~~Louisiana~~

This _27_ day April, 2000,

New Orleans, Louisiana.