FILED
EASTERN DISTRICT OF LA
2000 AUG 25 PM 3: 20
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARVIN MARTIN #97328                    CIVIL ACTION

VERSUS                               NO. 00-0148

WARDEN BARON KAYLO                SECTION "A"(1)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion in this matter. Therefore,

**IT IS ORDERED** the petition of Marvin Martin for writ of *habeas corpus* is hereby **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 24 day of August, 2000.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
AUG 2 5 2000

Fee _____
Process _____
Dktd _____
CtRmDep _____
Doc.No. 9