

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG 25  PM 3: 20

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARVIN MARTIN #97328** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0148** |
| **WARDEN BARON KAYLO** | **SECTION "A"(1)** |

### JUDGMENT

The Court having considered the petition, the record, the applicable law, and for the written reasons assigned,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the petition of Marvin Martin for writ of *habeas corpus* is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 24 day of August, 2000.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
AUG 2 5 2000



Fee _____
Process _____
X/Dktd __90__
CtRmDep _____
Doc.No. _10_